850

No. 04–10410.  CREASON v. KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 04–10411.  WINSTON v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 04–10412.  VELAZQUEZ v. MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 04–10413.  MARTINEZ v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–10414.  LEE v. FOLINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–10415.  LONELYSS v. MENDOZA-POWERS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–10416.  LOGGINS v. PURKETT, SUPERINTENDENT, EASTERN RECEPTION, DIAGNOSTIC AND CORRECTIONAL CENTER.  Sup. Ct. Mo.  Certiorari denied.

No. 04–10417.  MARTINEZ v. GIURBINO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–10418.  JONES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 04–10419.  JACKSON v. FERRELL, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–10420.  SMITH v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 04–10422.  WHITE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–10423.  DORROUGH, AKA WAYNE v. WAYNE.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 04–10424.  WILLIAMS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.